Albert Bella

Case Number        Nov 9 2022

I don't have with me.

To the office of the clerk, United States District Court, with all do respect,

1. I would like for this case to be dismiss by the Honorable Judge. Reason because the time to have the law suit file was 90 days, Sept 6 was the last day, District clerk file it dated Sept 8, Like said before in late August I kept calling to see could they file my paper work they said no. After calling three or four time on different days. So I file in state for my safety. So I will like for federal to be dismiss anyway The statue of limitation were expire. For federal wasn't file on time by the clerk. Thanks god bless.